IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.:  3:14cr80/RV/EMT
                          3:16cv337/RV/EMT

NATHANIEL HARRISON EDWARDS,

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a Motion to Vacate, Correct, or Set Aside his Conviction under 18 U.S.C. § 2255 (ECF No. 39). By order of this court dated July 6, 2016, Defendant was given twenty-one (21) days in which to provide either a service copy of his motion or submit payment for a service copy (ECF No. 40). Defendant failed to provide either a service copy or payment for a service copy; therefore, on August 11, 2016, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 41). The time for compliance

with the show cause order has now elapsed, and Defendant has failed to provide a service copy of his § 2255 motion or submit payment for a service copy.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 28th day of September 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE  JUDGE**

Case Nos.: 3:14cr80/RV/EMT; 3:16cv337/RV/EMT