IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.:  3:14cr80/RV/EMT
 3:16cv337/RV/EMT

NATHANIEL HARRISON EDWARDS,
_____/

### O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 28, 2016 (ECF No. 42).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 1st day of November, 2016.

                          /s/ *Roger Vinson*
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**